United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   PATRICIA A. FRANTOM,
              Plaintiff.                    Case No. 14-cv-02708-JSC
8
         v.                                 ORDER RE APPLICATION TO PROCEED
9                                           IN FORMA PAUPERIS
10  RYAN TONGOL,                            Re: Dkt. Nos. 2, 5
              Defendant.
11
12
13       ( X )   IT IS ORDERED that the application to proceed in forma pauperis is GRANTED

14  and that the Clerk issue summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the

15  Northern District of California serve, without prepayment of fees, a copy of the complaint, any

16  amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the

17  defendant.

18
19
20       ( )    IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and

21  that the filing fee of $350.00 be paid no later than .  Failure to pay the filing fee by that date will

22  result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised

23  of his/her responsibility to serve the complaint and any amendments, scheduling orders,

24  attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing

25  obligation to keep the Court informed of his or her current address.  Failure to do so may result in

26  dismissal of this action.

27
28

( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ by . Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his or her current address.  Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: June 30, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge