UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. FRANTOM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN TONGOL,<br><br>　　　　Defendant. | Case No. 14-cv-02708-JSC<br><br>**ORDER TO PLAINTIFF TO APPEAR AT OCTOBER 30, 2014 CASE MANAGEMENT CONFERENCE** |

A Case Management Conference was held in this action on October 2, 2014. Plaintiff, however, failed to appear or otherwise contact the Court. Plaintiff is hereby ORDERED to appear in person for a further Case Management Conference on **Thursday, October 30, 2014 at 1:30 p.m.** in Courtroom F, 15th Floor, 450 Golden Gate Ave., San Francisco, CA. Plaintiff is warned that if she again fails to appear, her case may be dismissed for failure to prosecute. *See* Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**.

Dated: October 2, 2014

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge