UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. FRANTOM,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN TONGOL,<br><br>    Defendant. | Case No.  14-cv-02708-JSC<br><br>**ORDER TO SHOW CAUSE AND APPEAR FOR FURTHER CASE MANAGEMENT CONFERENCE ON FEBRUARY 26, 2015** |

A Case Management Conference was held in this action on February 5, 2015.  Plaintiff, however, failed to appear or otherwise contact the Court.  Plaintiff is hereby ORDERED to appear and SHOW CAUSE as to why this case should not be dismissed for failure to prosecute at a further Case Management Conference on **Thursday, February 26, 2015 at 1:30 p.m.** in Courtroom F, 15th Floor, 450 Golden Gate Ave., San Francisco, CA. Plaintiff is warned that if she again fails to appear, her case may be dismissed for failure to prosecute. *See* Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED**.

Dated:  February 6, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge